# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| SHARON SWINYARD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PREFERRED TRAVEL, INC., A MASSACHUSETTS CORPORATION; CARLSON WAGONLIT TRAVEL, INC., A DELAWARE CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 08-CV-01329 JF RS<br><br>**STIPULATION TO EXTEND DEFENDANT PREFERRED TRAVEL, INC.'S DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>District Judge:       Hon. Jeremy Fogel<br>Magistrate Judge:   Hon. Richard Seeborg<br>Courtroom:<br>Complaint Filed:     February 1, 2008<br>Trial Date:              Not Set |

COMES NOW, Plaintiff Sharon Swinyard, by and through her attorneys of record, Michael L. Tracy and Megan Ross Hutchins of the Law Offices of Michael Tracey and Defendant Preferred Travel, Inc., by and through its attorneys of record, Douglas A. Pettit of Pettit Kohn Ingrassia & Lutz PC, stipulate and agree to the following:

1.   The Parties hereby stipulate to a one-week extension on the deadline for Defendant Preferred Travel, Inc. to file its response to Plaintiff's Complaint.

///

///

///

///

1    2.    Defendant Preferred Travel, Inc. will now file its responsive pleading by Monday, April 14, 2008.

**LAW OFFICES OF MICHAEL TRACEY**

DATED: April 4, 2008    By:    /s/  Michael L. Tracy
Michael L. Tracy, Esq.
Megan Ross Hutchins, Esq.
Attorneys for Plaintiff
**SHARON SWINYARD**

**PETTIT KOHN INGRASSIA & LUTZ PC**

DATED: April 4, 2008    By:    /s/  Douglas A. Pettit
Douglas A. Pettit, Esq.
Attorneys for Defendant
**PREFERRED TRAVEL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **STIPULATION TO EXTEND DEFENDANT PREFERRED TRAVEL, INC.'S DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** was served upon counsel of record by electronic mail to:

| | |
|---|---|
| Michael L. Tracy, Esq.<br>Megan Ross Hutchins, Esq.<br>LAW OFFICES OF MICHAEL TRACY<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614<br>Phone: (949) 260-9171<br>Facsimile: (949) 365-3051<br>E-mail: mtracy@michaeltracylaw.com<br>Attorneys for Plaintiff<br>**SHARON SWINYARD** | Maria C. Roberts, Esq.<br>Ronald R. Giusso, Esq.<br>SHEA STOKES ROBERTS & WAGNER<br>510 Market Street, Third Floor<br>San Diego, CA 92101-7025<br>Phone: (619) 232-4261<br>Facsimile: (619) 232-4840<br>E-mail:   mroberts@sheastokes.com<br>            rgiusso@sheastokes.com<br>Attorneys for Defendant<br>**CARLSON WAGONLIT TRAVEL, INC.** |

Los Angeles, California, this 7th day of April, 2008.


/s/  Christy L. Wendte
CHRISTY L. WENDTE