MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
SHARON SWINYARD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SWINYARD, an individual, | Case No. C-08-01329 JF RS |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| PREFERRED TRAVEL, INC., a Massachusetts corporation; CARLSON WAGONLIT TRAVEL, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff SHARON SWINYARD and all Defendants who have appeared in this action, as follows:

1. This action was commenced on February 1, 2008.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

///

///

///

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED: April 29, 2008         LAW OFFICES OF MICHAEL L. TRACY

                              By: _____
                                  MEGAN ROSS HUTCHINS, Attorney for
                                  Plaintiff SHARON SWINYARD

DATED: April 30, 2008         PETTIT KOHN INGRASSIA & LUTZ

                              By: _____
                                  DOUGLAS PETTIT, Attorney for
                                  Defendant PREFERRED TRAVEL, INC.

DATED: April 29, 2008         SHEA STOKES ROBERTS & WAGNER, ALC

                              By: _____
                                  RONALD R. GIUSSO, Attorney for
                                  Defendant CARLSON WAGONLIT TRAVEL, INC.

-2-
STIPULATION FOR DISMISSAL

1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:   (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for Defendant CARLSON WAGONLIT TRAVEL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHARON SWINYARD, an individual, | CASE NO. C-08-01329 JF RS |
|---|---|
| Plaintiff, | Action Date: February 1, 2008 |
| vs. | Judge: Hon. Jeremy Fogel |
| PREFERRED TRAVEL, INC., A MASSACHUSETTS CORPORATION; CARLSON WAGONLIT TRAVEL, INC., A DELAWARE CORPORATION; and DOES 1 through 10, inclusive, | **PROOF OF SERVICE** |
| Defendants. | |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

4827-7250.1 4827-1579-7250.1

CASE NO. C-08-01329 JF RS

1 | *Swinyard v. Preferred Travel, Inc. et al.*
United States District Court, Northern District of California
2 | Case No. C-08-01329 JF RS

3 | **PROOF OF SERVICE**

4 | I, Maria C. Roberts, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local General Order No. 45.

5 |

6 | On April 30, 2008, I served the following document(s) described as

7 |
- **STIPULATION FOR DISMISSAL**

8 | **Douglas Alan Pettit**                                       Attorneys for Defendant Preferred Travel, Inc.
dpettit@pettitkohn.com

9 | **Valerie Garcia Hong**
vhong@pettitkohn.com

10 |

11 |

12 | Executed on April 30, 2008, at San Diego, California.

13 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14 |

15 |                                                          /s/ Maria C. Roberts

1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:  (619) 232-4261
5  FACSIMILE:  (619) 232-4840

6  Attorneys for Defendant CARLSON WAGONLIT TRAVEL, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 SHARON SWINYARD, an individual,            CASE NO. C-08-01329 JF RS

12         Plaintiff,                         Action Date:  February 1, 2008
                                              Judge:        Hon. Jeremy Fogel
13 vs.
                                              **PROOF OF SERVICE**
14 PREFERRED TRAVEL, INC., A
   MASSACHUSETTS CORPORATION;
15 CARLSON WAGONLIT TRAVEL, INC., A
   DELAWARE CORPORATION; and DOES 1
16 through 10, inclusive,

17         Defendants.

18
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  *Swinyard v. Preferred Travel, Inc. et al.*
   United States District Court, Northern District of California
2  Case No. C-08-01329 JF RS

3                          **PROOF OF SERVICE**

4     I am employed in the County of San Diego, State of California. I am over the age of
   eighteen years and not a party to the within action. My business address is 510 Market Street,
5  Third Floor, San Diego, California 92101-7025.

6     On April 30, 2008, I served the following document(s) described as:

7     • **STIPULATION FOR DISMISSAL**

8  on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes
   addressed as follows:

   Michael L. Tracy, Esq.                    Attorneys for Plaintiff
10 Megan Ross Hutchins                       SHARON SWINYARD
   Law Offices of Michael Tracy
11 2030 Main Street, Suite 1300
   Irvine, CA 92614
12 (949) 260-9171 – Telephone
   (949) 365-3051 – Facsimile

14 ☒  BY MAIL: I am readily familiar with the firm's practice of collection and processing
       correspondence for mailing. Under that practice it would be deposited with the U.S. postal
15     service on that same day with postage thereon fully prepaid at San Diego, California in the
       ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am
16     aware that on motion of the party served, service is presumed invalid if postal cancellation
       date or postage meter date is more than one day after date of deposit for mailing in
17     affidavit.

18 ☐  BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to
       Rule 2008 of the California Rules of Court. The telephone number of the sending
19     facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone
       number(s) of the person(s) served are set forth in the service list. The sending facsimile
20     machine issued a transmission report confirming that the transmission was complete and
       without error.

22 ☐  BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the
       addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

23 ☐  BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or
24     other facility regularly maintained by the express service carrier providing overnight
       delivery pursuant to Federal Rule of Civil Procedure section 5(b).

25 ☐  BY E-MAIL transmission.

27 / / /

28 / / /

4829-3087-8722.1

1 ☐     BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all
2 parties that document was served.

3     Executed on April 30, 2008, at San Diego, California.

4     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Leanna Pierce* (signature)

Leanna Pierce

4829-3087-8722.1